**Colleen M. Ready, Esquire**
Attorney #032131984
MARGOLIS EDELSTEIN
100 Century Parkway
Suite 200
Mt. Laurel, NJ 08054
856-727-6000
Attorneys for Defendants, Russell P. Goldman, P.C. and
Russell P. Goldman
File #30350.1-

---

| | |
|---|---|
| Kenny D. Mancheno<br>Plaintiff | UNITED STATES DISTRIC COURT<br>OR THE DISTRICT OF NEW JERSEY |
| vs. | **CASE 3:19-cv-06646-MAS-DEA** |
| Russell P. Goldman, P.C.; Russell P.<br>Goldman; and John Does 1-25<br>Defendant | **Answer** |

---

Defendants, Russell P. Goldman, P.C. and Russell P. Goldman by way of Answer
to the Complaint, say:

## PRELIMINARY STATEMENT

1.     Defendants makes no answer to the allegations of Paragraph 1 inasmuch as
same are not directed to these defendants.

2.     Defendants makes no answer to the allegations of Paragraph 2 inasmuch as
same are not directed to these defendants.

3.     Defendants makes no answer to the allegations of Paragraph 3 inasmuch as
same are not directed to these defendants.

4.     Defendants makes no answer to the allegations of Paragraph 1 inasmuch as
same are not directed to these defendants.

5.    Defendants makes no answer to the allegations of Paragraph 5 inasmuch as same are not directed to these defendants.

6.    Defendants makes no answer to the allegations of Paragraph 6 inasmuch as same are not directed to these defendants.

7.    Defendants makes no answer to the allegations of Paragraph 7 inasmuch as same are not directed to these defendants.

8.    Defendants makes no answer to the allegations of Paragraph 8 inasmuch as same are not directed to these defendants.

9.    Defendants makes no answer to the allegations of Paragraph 9 inasmuch as same are not directed to these defendants.

10.    Defendants makes no answer to the allegations of Paragraph 10 inasmuch as same are not directed to these defendants.

## JURISDICTION AND VENUE

11.    The allegations of Paragraph 11 are admitted.

12.    The allegations of Paragraph 12 are admitted.

## DEFINITIONS

13.    Defendants make no answer to the allegations of Paragraph 13 inasmuch as same are not directed to these defendants.

## PARTIES

14.    Defendants make no answer to the allegations of Paragraph 14 inasmuch as same are not directed to these defendants.

15.    Defendants make no answer to the allegations of Paragraph 15 inasmuch as same are not directed to these defendants.

16.    The allegations of Paragraph 16 are admitted.

17.    The allegations of Paragraph 17 are admitted.

18.    The allegations of Paragraph 18 are admitted.

19.    The allegations of Paragraph 19 are admitted.

20.    The allegations of Paragraph 20 are admitted.

21.    Defendants make no answer to the allegations of Paragraph 21 inasmuch as same are not directed to these defendants.

## CLASS ACTION ALLEGATIONS

22.    Defendants make no answer to the allegations of Paragraph 22 inasmuch as same are not directed to these defendants.

23.    The allegations of Paragraph 23 are denied.

24.    The allegations of Paragraph 24 are denied.

25.    The allegations of Paragraph 25 are denied.

26.    The allegations of Paragraph 26 are denied.

27.    The allegations of Paragraph 27 are denied.

28.    The allegations of Paragraph 28 are denied.

29.    The allegations of Paragraph 29 are denied.

30.    The allegations of Paragraph 30 are denied.

31.    The allegations of Paragraph 31 are denied.

32.    The allegations of Paragraph 32 are denied.

## <u>FACTUAL ALLEGATIONS</u>

33.    The allegations of Paragraph 33 are admitted.

34.    Defendants make no answer to the allegations of Paragraph 34 inasmuch as same are improper and/or subject to plaintiff's proofs.

35.    The allegations of Paragraph 35 are admitted.

36.    The allegations of Paragraph 36 are denied.

37.    The allegations of Paragraph 37 are denied.

38.    The allegations of Paragraph 38 are denied.

39.    The allegations of Paragraph 39 are denied.

40.    The allegations of Paragraph 40 are denied.

41.    The allegations of Paragraph 41 are denied.

42.    The allegations of Paragraph 42 are denied.

43.    The allegations of Paragraph 43 are denied.

44.    The allegations of Paragraph 44 are admitted.

45.    The allegations of Paragraph 45 are admitted.

46.    The allegations of Paragraph 46 are admitted.

47.    The allegations of Paragraph 47 are admitted.

48.    The allegations of Paragraph 48 are admitted.

49.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 49 and, accordingly, plaintiffs are left to their proofs.

50.    The allegations of Paragraph 50 are admitted.

51.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51 and, accordingly, plaintiffs are left to their proofs.

52.    The allegations of Paragraph 52 are admitted.

53.    The allegations of Paragraph 53 are admitted.

54.    Defendants makes no answer to the allegations of Paragraph 54 as phrased and, therefore, plaintiff is left to his proofs.

55.    Defendants make no answer to the allegations of Paragraph 55 as phrased and, therefore, plaintiff is left to his proofs.

56.    Defendants make no answer to the allegations of Paragraph 56 inasmuch as same are not directed to said defendants.

57.    Defendants make no answer to the allegations of Paragraph 57 inasmuch as same are not directed to said defendants.

58.    Defendants make no answer to the allegations of Paragraph 58 inasmuch as same are not directed to said defendants.

59.    The allegations of Paragraph 59 are denied.

60.    The allegations of Paragraph 60 are denied as stated.

61.    The allegations of Paragraph 61 are denied.

62.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 62 and, accordingly, plaintiffs are left to their proofs.

63.    The allegations of Paragraph 63 are admitted.

64.     Defendants make no answer to the allegations of Paragraph 64 inasmuch as same are not directed to these defendants and plaintiff is left to his proofs.

65.     Defendants make no answer to the allegations of Paragraph 65 inasmuch as same are not directed to these defendants and plaintiff is left to his proofs.

66.     Defendants make no answer to the allegations of Paragraph 66 inasmuch as same are not directed to these defendants and plaintiff is left to his proofs.

67.     Defendants make no answer to the allegations of Paragraph 67 inasmuch as same are not directed to these defendants and plaintiff is left to his proofs.

68.     Defendants make no answer to the allegations of Paragraph 68 inasmuch as same are not directed to these defendants and plaintiff is left to his proofs.

69.     Defendants make no answer to the allegations of Paragraph 69 inasmuch as same are not directed to these defendants and plaintiff is left to his proofs.

70.     Defendants make no answer to the allegations of Paragraph 70 inasmuch as same are not directed to these defendants and plaintiff is left to his proofs.

71.     Defendants make no answer to the allegations of Paragraph 71 inasmuch as same are not directed to these defendants and plaintiff is left to his proofs.

72.     Defendants make no answer to the allegations of Paragraph 72 inasmuch as same are not directed to these defendants and plaintiff is left to his proofs.

73.     Defendants make no answer to the allegations of Paragraph 73 inasmuch as same are not directed to these defendants and plaintiff is left to his proofs.

74.     The allegations of Paragraph 74 are admitted.

75.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 75 and, accordingly, plaintiffs are left to their proofs.

76.    The allegations of Paragraph 76 are admitted.

77.    Defendants make no answer to the allegations of Paragraph 77 inasmuch as same are not directed to these defendants.

78.    Defendants make no answer to the allegations of Paragraph 78 inasmuch as same are not directed to these defendants.

79.    Defendants make no answer to the allegations of Paragraph 79 inasmuch as same are not directed to these defendants.

80.    Defendants make no answer to the allegations of Paragraph 80 inasmuch as same are not directed to these defendants.

81.    Defendants make no answer to the allegations of Paragraph 81 inasmuch as same are not directed to these defendants.

82.    Defendants make no answer to the allegations of Paragraph 82 inasmuch as same are not directed to these defendants.

83.    Defendants make no answer to the allegations of Paragraph 83 inasmuch as same are not directed to these defendants.

84.    Defendants make no answer to the allegations of Paragraph 84 inasmuch as same are not directed to these defendants.

85.    Defendants make no answer to the allegations of Paragraph 85 inasmuch as same are not directed to these defendants.

86.    Defendants make no answer to the allegations of Paragraph 86 inasmuch as same are not directed to these defendants.

87.    Defendants make no answer to the allegations of Paragraph 87 inasmuch as same are not directed to these defendants.

88.    Defendants make no answer to the allegations of Paragraph 88 inasmuch as same are not directed to these defendants.

89.    Defendants make no answer to the allegations of Paragraph 89 inasmuch as same are not directed to these defendants.

90.    The allegations of Paragraph 90 are denied.

91.    The allegations of Paragraph 91 are denied.

92.    The allegations of Paragraph 92 are denied.

93.    The allegations of Paragraph 93 are denied.

94.    The allegations of Paragraph 94 are denied.

95.    The allegations of Paragraph 95 are denied.

96.    The allegations of Paragraph 96 are denied.

97.    The allegations of Paragraph 97 are denied.

98.    The allegations of Paragraph 98 are denied.

99.    The allegations of Paragraph 99 are denied.

100.    The allegations of Paragraph 100 are denied.

101.    The allegations of Paragraph 101 are denied.

102.    The allegations of Paragraph 102 are denied.

103.    The allegations of Paragraph 103 are denied.

104.  The allegations of Paragraph 104 are denied.

105.  The allegations of Paragraph 105 are denied.

106.  The allegations of Paragraph 106 are denied.

107.  The allegations of Paragraph 107 are denied.

108.  The allegations of Paragraph 108 are denied.

109.  The allegations of Paragraph 109 are denied.

110.  The allegations of Paragraph 110 are denied.

## POLICIES AND PRACTICES COMPLAINED OF

111.  The allegations of Paragraph 111 are denied.

## COUNT I

112.  The allegations of Paragraph 112 are denied.

113.  The allegations of Paragraph 113 are denied.

114.  The allegations of Paragraph 114 are denied.

115.  The allegations of Paragraph 115 are denied.

116.  The allegations of Paragraph 116 are denied.

117.  The allegations of Paragraph 117 are denied.

118.  The allegations of Paragraph 118 are denied.

119.  The allegations of Paragraph 119 are denied.

120.  The allegations of Paragraph 120 are denied.

121.  The allegations of Paragraph 121 are denied.

122.  The allegations of Paragraph 122 are denied.

123.  The allegations of Paragraph 123 are denied.

124.    The allegations of Paragraph 124 are denied.

125.    The allegations of Paragraph 125 are denied.

126.    The allegations of Paragraph 126 are denied.

127.    The allegations of Paragraph 127 are denied.

128.    The allegations of Paragraph 128 are denied.

129.    The allegations of Paragraph 129 are denied

130.    The allegations of Paragraph 130 are denied.

131.    The allegations of Paragraph 131 are denied.

132.    The allegations of Paragraph 132 are denied.

133.    The allegations of Paragraph 133 are denied.

134.    The allegations of Paragraph 134 are denied.

135.    The allegations of Paragraph 135 are denied.

136.    The allegations of Paragraph 136 are denied.

## SEPARATE DEFENSES

1.      Plaintiff was guilty of conduct which either caused or contributed to the happening of the alleged incident and resulting damages.

2.      The Complaint herein fails to state a claim upon which relief can be granted.

3.      This defendant did not breach any duty to plaintiffs herein.

4.      Plaintiffs' Complaint is barred pursuant to the provisions of the Fair Debt Collection Practices Act.

5.      Plaintiffs' claim is barred by the Bona Fide Error Defense.

6.      Plaintiffs' Complaint is barred by the Mistake of Law Defense.

7.    Plaintiffs' Complaint is barred by the Doctrine of Accord and Satisfaction.

8.    Plaintiffs' Complaint is barred by the Doctrine of Estoppel.

9.    Plaintiffs' Complaint is barred by the Doctrine of Laches.

10.    Plaintiffs' Complaint is barred by the Doctrine of Collateral Estoppel.

11.    Plaintiffs' Complaint is a frivolous suit and is subject to dismissal and crossclaims for attorneys' fees and costs of suit or such other penalties as are provided under the law.

**DEMAND IS HEREBY MADE FOR A TRIAL BY JURY AS TO ALL ISSUES**

MARGOLIS EDELSTEIN
Attorney for Defendants,
Russell P. Goldman, P.C. and
Russell P. Goldman

Dated: 3/K/19                    By:_____
                                        COLLEEN M. READY